CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 08 2011

JULIA C. DUDLEY, CLERK
BY:
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| TRAVIS ADDISON, et al., | Civil Action No. 5:09CV00087 |
| Plaintiffs, | |
| | **ORDER** |
| v. | |
| | By: Hon. Glen E. Conrad |
| MCLAUGHLIN COMMUNICATIONS, INC., | Chief United States District Judge |
| Defendant. | |

For the reasons stated in a hearing held on July 8, 2011, the court preliminarily approves the terms and conditions of the settlement agreement reached in this case, as well as the course of conduct proposed by the parties. Counsel may so notify all parties in interest.

The Clerk is directed to send certified copies of this order to all counsel of record.

ENTER: This 8th day of June, 2011.

_____
Chief United States District Judge